<s>
</s>

BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

FILED
FEB -8 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JUAN AGUIRRE-PADILLA,<br><br>          Defendant. | NO: 1:07-cr-0007-LJO<br><br>REQUEST BY THE UNITED STATES FOR DISMISSAL OF INDICTMENT<br>[Fed.R.Crim.Proc. 48(a)] |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment in this case, as to the above-named defendant, in the interest of justice.  The government is unable to proceed because a necessary witness is

//
//
//
//
//

1

1  deceased.  The government requests that the warrant issued in
2  this matter be recalled.

4  DATED: February 5, 2010                    Respectfully submitted,

5                                             BENJAMIN B. WAGNER
                                              United States Attorney

7                                        By:  /s/ Laurel J. Montoya
                                              LAUREL J. MONTOYA
8                                             Assistant U.S. Attorney

11 IT IS SO ORDERED.
12 Dated:  2-8-10
13                                            HONORABLE LAWRENCE J. O'NEILL
                                              United States District Judge